IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HALL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4879 |
| | : | |
| SUPERINTENDENT WALS, et al. | : | |

## ORDER

AND NOW, this 27th day of October, 2025, upon careful and independent consideration of Petitioner Christopher Hall's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Dkt. No. 1), the Government's response, and after review of the July 14, 2025 Report and Recommendation of United States Magistrate Judge Craig M. Straw (Dkt. No. 16), to which no objections were filed, it is hereby ORDERED:

1. The Report and Recommendation (Dkt. No. 16) is APPROVED and ADOPTED.

2. Petitioner Christopher Hall's petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is DISMISSED WITH PREJUDICE.

3. There is no basis for the issuance of a certificate of appealability.

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.